THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 David Roy
 Lynch, a/k/a Roy David McDowell, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No.  2011-UP-251  
Submitted May 1, 2011  Filed May 24, 2011

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant. 
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald
 J. Zelenka, all of Columbia; and Solicitor Harold W. Gowdy, III, of
 Spartanburg, for Respondent.
 
 
 

PER CURIAM: David Roy Lynch, a/k/a Roy David
 McDowell, appeals his convictions and sentences for murder, armed robbery, and
 assault and battery with intent to kill, arguing the trial court erred in charging the jury on multiple evidentiary inferences
 of malice where the State proceeded on a theory of accomplice liability and
 Lynch defended with mere presence.  After thoroughly reviewing the record and briefs pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Lynch's appeal and grant counsel's petition to be relieved.  
APPEAL
 DISMISSED.  
FEW, C.J., and
 CURETON and GOOLSBY, A.JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.